

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ARIEL MARTINEZ, | § | No. 08-12-00191-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20110D00036) |

**O R D E R**

The Court GRANTS the Appellant's motion for leave to file out of time brief until **July 1, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF OR MOTIONS FOR LEAVE TO FILE OUT OF TIME BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **July 1, 2013.**

IT IS SO ORDERED this 20th day of June, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.